756

No. 871. Bushman, Administrator, *v.* United States. May 27, 1935. Petition for writ of certiorari to the Court of Claims denied. *Messrs. William P. Smith* and *John C. Evans* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for the United States.

No. 885. The Manuel Arnus et al. *v.* United States. May 27, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. John W. Crandall* for petitioners. *Solicitor General Reed, Assistant Attorney General Sweeney,* and *Messrs. Paul A. Sweeney, M. Leo Looney, Jr.,* and *W. Marvin Smith* for the United States.

No. 889. Weinberger Banana Co., Inc., *v.* Phoenix Assurance Co., Ltd. May 27, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Walker B. Spencer* for petitioner. No appearance for respondent.

No. 891. Continental Baking Co. *v.* Helvering, Commissioner of Internal Revenue. May 27, 1935. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. J. Nelson Anderson* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *Alexander F. Prescott, Jr.,* for respondent.